# INSTITUTE FOR FINANCIAL LITERACY



00247150-002
Certificate Number

Alabama Southern Bankruptcy Court
Judicial District

10-03316
Bankruptcy Case Number

**Prepared For:**

Oral W Burgett
20388 Brown Lane
Summerdale, Alabama 36580

I CERTIFY that Oral W Burgett completed a personal financial management instructional course that complied with the provisions of 11 U.S.C. § 111 from the Institute for Financial Literacy, an agency approved pursuant to 11 U.S.C. § 111 as a provider of personal financial management instructional courses in Alabama Southern Bankruptcy Court, by online delivery and completed a student evaluation form on Thursday, August 12, 2010.

_Leslie Linfield_

Leslie E. Linfield, Esq.
Executive Director/Founder

Thursday, August 12, 2010
Date